**Electronically Filed**
**Supreme Court**
**SCWC-18-0000435**
**11-MAR-2020**
**08:37 AM**

SCWC-18-0000435

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BV
Respondent/Plaintiff-Appellee/Cross-Appellant

vs.

TV
Petitioner/Defendant-Appellant/Cross-Appellee

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000435, FC-D No. 16-1-097k)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, McKenna, Pollack, and Wilson, JJ.
with Recktenwald, C.J. dissenting)

Petitioner/Defendant-Appellant's application for writ

of certiorari, filed on January 27, 2020, is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 11, 2020.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

